TRINA A. HIGGINS, United States Attorney (#7349)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone (801)524-5682

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | STIPULATION FOR INSTALLMENT |
| vs. ) | PAYMENTS |
| ) | |
| JACQUELIN BOYD, ) | Case No. 2:13CR00824-001,TC |
| ) | |
| Defendant. ) | Honorable Tena Campbell |
| ) | |

---

Plaintiff United States of America (hereafter the "United States"), and defendant, Jacquelin Boyd (hereafter "Boyd"), hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Judgment was entered on April 15, 2015 for the total sum of $32,343.00 in favor of the United States and against Boyd.

2. Boyd has agreed to pay, and the United States has agreed to accept monthly installment payments from in the amount of $100.00 commencing on August 15th, 2023, and continuing thereafter on the 15th day of each month. At the end of 24 months and yearly thereafter, Boyd shall submit a current financial statement. This payment schedule may be evaluated and modified based on the documented financial status of Boyd.

3. Boyd agrees to submit all financial documentation in a timely manner and to **immediately** notify the United States Attorney's Office of any of the following events:

    a. Any change of address;

    b. Any change in employment; and

    c. **Any other significant change in Boyd's economic circumstances, including but not limited to receipt of inheritance, lottery winnings, or any other additional income.**

4. Boyd acknowledges and agrees that immediately upon notice of a change in Boyd's economic circumstances the United States may adjust this payment schedule as appropriate based upon Boyd's changed economic circumstances and ask Boyd to sign a new stipulated payment schedule. Boyd further understands and agrees that if does not accept the new proposed payment schedule, the United States may move the Court at any time to adjust the payment schedule pursuant to 18 U.S.C. § 3664(k).

5. In addition to the regular monthly payment set forth in paragraph 2 above, Boyd agrees that the United States may submit debt in the above-captioned case to the State of Utah and the U.S. Department of Treasury for inclusion in the State Finder Program and the Treasury Offset Program. Boyd understands that under these programs, any state or federal payment that would normally receive may be offset and applied toward the debt in the above-captioned case.

6. In consideration of the mutual promises made in this Stipulation, the United States agrees to refrain from execution on the judgment so long as Boyd complies strictly with the agreements set forth in paragraphs 2 through 4 above. Boyd hereby consents that in the event fails to comply strictly with the agreement set forth in paragraphs 2 through 4 above, the United States

may move the Court ex parte for a writ of execution, a writ of garnishment, or any other appropriate order deemed necessary for the purpose of satisfying the judgment in full.

DATED this 26th day of July, 2023.

TRINA A. HIGGINS
United States Attorney

/s/ Richard W. Daynes
RICHARD W. DAYNES
Assistant United States Attorney

/s/ Jacquelyn Boyd
JACQUELIN BOYD - Defendant

3